# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137664 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 07/15/2025  1039 | MTA 21-801.1 |

**Place of Offense:** Porter Street

**Offense Description: Factual Basis for Charge** HAZMAT ☐

MTA 21-801.1
Exceed max speed 35mph in a 25mph Zone

### DEFENDANT INFORMATION

**Last Name:** Pilaka
**First Name:** Madhuri

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7CK 6460 | MD | 16 | Honda CRV | | Red |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  80  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →  $ _____  110  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedman Drive, Fort Detrick MD 21702
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** [signature]

Original - CVB Copy

*E2137664*

CVB SCAN 08/08/2025 16:10

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 15, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20250715 at 1059 Hrs I observed a red Honda bearing MD Reg 7CK 6460 Traveling E/B on Porter at a high rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 35mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Pilaka by their Driver's License.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2025   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/08/2025 16:10